**Order entered December 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01270-CV

### CLAUDIA MARIE SKINNER, Appellant

### V.

### EDDIE CLEMMONS, Appellee

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause No. 12-1017-FC4**

## ORDER

Before the Court is the November 30, 2018 letter of Sharon Huck, Official Court Reporter of County Court at Law No. 1, informing the Court that it is her belief that no reporter's record is due because appellant's notice of appeal addresses the trial court's September 24, 2018 judgment and the trial court signed a new judgment on October 22, 2018. The October 22nd judgment is in the clerk's record. We construe appellant's notice of appeal as premature and that she is appealing from the October 22nd judgment.

Accordingly, we construe Ms. Huck's letter as a motion for extension of time to file the reporter's record. We **GRANT** the motion and extend the time to **January 14, 2019**.

/s/    ADA BROWN
        JUSTICE